UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

UNITED STATES OF AMERICA, New York, N.Y.

v. 15 CR 233(PGG)

JAMES McDOW,

Defendant.

------------------------------x

September 16, 2016
10:10 a.m.

Before:

HON. PAUL G. GARDEPHE,

District Judge

APPEARANCES

PREET BHARARA
United States Attorney for the
Southern District of New York
BY: GINA CASTELLANO
RICHARD A. COOPER
Assistant United States Attorneys

KENNETH A. PAUL
Attorney for Defendant

ALSO PRESENT:
Michael Cheng
Jacob Mitchell

(Case called)

MS. CASTELLANO: Good morning, your Honor.

Gina Castellano and Richard Cooper with the government. We're joined by paralegal specialist Michael Cheng.

MR. PAUL: Good morning, your Honor.

Kenneth Paul for James McDow. With me, your Honor, is my associate, Jacob Mitchell, who's also going to be working on the case with me.

THE COURT: All right. Good morning.

All right. We are here for purposes of arraigning Mr. McDow on a superseding indictment, the S4 indictment. And also we need to discuss a trial date, because the trial date currently in effect needs to be adjourned. So we'll speak about that in just a moment.

In the meantime, Mr. McDow, would you please stand.

You're here with Mr. Paul and Mr. Mitchell as your attorneys this morning, is that correct?

THE DEFENDANT: Yes.

THE COURT: And have you received a copy of the fourth superseding indictment, which reflects the charges currently pending against you?

THE DEFENDANT: Yes, your Honor.

THE COURT: And have you had an opportunity to read the fourth superseding indictment?

THE DEFENDANT: Yes, your Honor.

THE COURT: And have you discussed it with your attorneys?

THE DEFENDANT: Yes, your Honor.

THE COURT: You should understand that you are charged in Count One of the fourth superseding indictment with conspiring to distribute and possess with intent to distribute 280 grams or more of cocaine base and one kilogram and more of heroin. And the government alleges that took place between 2011 and April 2015.

You are charged in Count Two of the fourth superseding indictment with possessing with intent to distribute cocaine base and heroin on April 21, 2015.

Do you understand those the are charges against you?

THE DEFENDANT: Yes, your Honor.

THE COURT: Do you wish me to read the fourth superseding indictment to you now?

THE DEFENDANT: No, your Honor.

THE COURT: Then I'll ask you, as to each count, how do you plead, beginning with Count One, guilty or not guilty?

THE DEFENDANT: Not guilty.

THE COURT: And with respect to Count Two, guilty or not guilty?

THE DEFENDANT: Not guilty.

THE COURT: Please be seated.

All right. We had a trial date of September 26th but, Mr. Paul, I understand that date is going to need to be adjourned.

So would you tell me what your application is?

MR. PAUL: Yes, your Honor.

Your Honor, as your Honor knows from previous appearances, I've been undergoing treatments. I was just this past week notified, which is good news I suppose from my standpoint, that surgery is going to be in my future. And I have spoken to a team of doctors who have been treating me, and the surgeon has told me that he would like to go forward the last week in September. I can't give you an exact date, but that's the week that they are scheduling. I'm meeting with a team again on Tuesday, and I think I'll have a date then.

We've spoken to your courtroom deputy. And I think, given your Honor's schedule, both the government and the defense have agreed upon a December 12th trial date, if that's amenable for your Honor. That's the date we're proposing.

THE COURT: All right. That's agreeable to the government?

MS. CASTELLANO: Yes, your Honor.

THE COURT: All right. Then we will adjourn the trial date from September 26 to December 12th.

Does the government wish me to exclude time between then and now?

MS. CASTELLANO: Yes, your Honor, to allow the parties to prepare for trial.

THE COURT: Any objection, Mr. Paul?

MR. PAUL: No, your Honor.

And I would like to thank your Honor's understanding, the government's understanding, my client's understanding with regard to what I'm dealing with. So I appreciate that from all parties. Thank you.

THE COURT: Good luck to you, Mr. Paul.

MR. PAUL: Thank you, your Honor.

THE COURT: I will exclude time between today and December 12th, 2016, under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(A), in light of Mr. Paul's medical condition and to allow the parties to prepare for trial. I do find that the ends of justice served by the granting of this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Anything else we should talk about today?

MS. CASTELLANO: Your Honor, perhaps we should set a final pretrial conference.

THE COURT: Okay. I guess all the pretrial filings are in, right? Everything's been filed?

MS. CASTELLANO: Yes.

MR. PAUL: Yes, your Honor.

THE COURT: Were there motions in limine? I can't

remember.

MR. PAUL: Yes.

MS. CASTELLANO: Yes, your Honor.

THE COURT: All right. So I think what probably makes sense is a date two weeks before the trial date. So we have now a trial date of December 12th, so I guess that would put us in the week of the 28th of November.

How does the 29th look? That's the Tuesday after Thanksgiving.

MR. PAUL: That's fine with me.

THE DEPUTY CLERK: The 29th at 10:00 a.m. is available.

THE COURT: Is that convenient for everybody, 10:00 a.m. on the 29th?

MS. CASTELLANO: Yes, your Honor.

MR. PAUL: Yes.

THE COURT: So our final pretrial conference will be on November 29th, 10:00 a.m.

Anything else?

MR. PAUL: No, your Honor.

MS. CASTELLANO: No, your Honor.

THE COURT: Thank you all. Good luck, Mr. Paul.

MR. PAUL: Thank you, your Honor.

(Adjourned)